AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-CV-12428

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Continental Automotive Systems US Inc. was received by me on *(date)* 09/01/2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nicole Koswinski as Intake Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* Continental Automotive Systems Inc. c/o The Corporation Company on *(date)* 09/05/2017 ; or at 40600 Ann Arbor Road, Suite 201, Plymouth, MI 48170

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/15/17

*Server's signature*

Terrence Constas / Process Server
*Printed name and title*

55 E Long Lake Rd
Ste 213
Troy MI 48085

*Server's address*

Additional information regarding attempted service, etc: