UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UKPAI I. UKPAI,

    Plaintiff,                              No. 17-12428

v.                                      District Judge Gershwin A. Drain
                                           Magistrate Judge R. Steven Whalen

CONTINENTAL AUTOMOTIVE
SYSTEMS US, INC.,

    Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on February 15, 2018, Plaintiff's Motion for Leave to File Second Amended Complaint [Doc. #35] is GRANTED. Defendant will file a responsive pleading within 21 days of the date of this Order.

Defendant's Motion for More Definite Statement [Doc. #30] is DENIED AS MOOT.

Defendant's request for costs is DENIED. However, Plaintiff is warned that in the future, the filing of any motions, including motions to file amended complaints, that the Court deems frivolous will result in the imposition of sanctions. Possible sanctions include monetary sanctions and dismissal of this action.

IT IS SO ORDERED.

                                                       s/ R. Steven Whalen
                                                       R. STEVEN WHALEN
                                                       UNITED STATES MAGISTRATE JUDGE

Dated: February 15, 2018

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was sent to parties of record on February 15, 2018, electronically and/or by U.S. mail.

                                      s/Carolyn M. Ciesla
                                      Case Manager to the
                                      Honorable R. Steven Whalen