UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UKPAI I. UKPAI,

        Plaintiff,                       No. 17-12428

v.                                   District Judge Gershwin A. Drain
                                     Magistrate Judge R. Steven Whalen

CONTINENTAL AUTOMOTIVE
SYSTEMS US, INC.,

        Defendant.
                                /

**REPORT AND RECOMMENDATION**

On July 25, 2017, Plaintiff Ukpai I. Ukpai filed a *pro se* civil complaint arising out of the termination of his employment by Defendant Continental Automotive Systems US, Inc. On December 1, 2017, Plaintiff filed a First Amended Complaint ("FAC")[Doc. #24]. Before the Court are Defendant's motion to dismiss the original complaint [Doc. #16] and motion to dismiss Plaintiff's amended claim for defamation in the FAC [Doc. #31]. The motions were referred for Reports and Recommendations under 28 U.S.C. § 636(b)(1)(B). Because Plaintiff has now been granted leave to file a Second Amended Complaint ("SAC") that omits the defamation claim, I recommend that both motions be DENIED AS MOOT.

                  **I.    BACKGROUND FACTS**

In his original complaint and in the FAC, both of which were in narrative form, Plaintiff brought a claim of defamation. While the Defendant's motions to dismiss these complaints were pending, Defendant filed a motion for more definite statement [Doc. #30], and in response, Plaintiff filed a motion for leave to file his SAC [Doc. #35]. The

SAC does not contain a defamation claim.

On February 15, 2018, I granted Plaintiff's motion to file the SAC, and denied the Defendant's motion for more definite statement as moot.

## II.   DISCUSSION

An amended complaint supersedes all prior complaints. *See Parry v. Mohawk Motors of Michigan, Inc.*, 236 F.3d 299, 306 (6th Cir.2000) ("Plaintiff's first amended complaint, not his original complaint, was the legally operative complaint"); *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir.2000) (when plaintiff files amended complaint, new complaint supersedes all previous complaints and controls case from that point forward).

Because leave has now been granted for Plaintiff to file his SAC,[1] both his original complaint and his FAC are nullities.  There is no defamation claim to dismiss. *See Drake v. City of Detroit, Michigan*, 266 Fed.Appx. 444, 448, 2008 WL 482283, *2 (6th Cir.2008) ("Although Drake pleaded a claim for abuse of process in his original complaint filed in state court, that complaint is a nullity, because an amended complaint supercedes all prior complaints").  Therefore, both motions to dismiss should be denied as moot.

## III.   CONCLUSION

I recommend that Defendant's motion to dismiss the original complaint [Doc. #16] and Defendant's motion to dismiss the FAC [Doc. #31] be DENIED AS MOOT.

Any objections to this Report and Recommendation must be filed within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. §636(b)(1) and E.D.

---

[1] The SAC was filed with the Court, as an attachment to Plaintiff's motion [Doc. #35].  Defendant has been ordered to file a responsive pleading within 21 days.

Mich. LR 72.1(d)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985); *Howard v. Secretary of HHS,* 932 F.2d 505 (6th Cir.  1991); *United States v. Walters,* 638 F.2d 947 (6th Cir.  1981).  Filing of objections which raise some issues but fail to raise others with specificity will not preserve all the objections a party might have to this Report and Recommendation.  *Willis v. Sullivan,* 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Within fourteen (14) days of service of any objecting party's timely filed objections, the opposing party may file a response.  The response shall be not more than twenty (20) pages in length unless by motion and order such page limit is extended by the court.  The response shall address specifically, and in the same order raised, each issue contained within the objections.

                                             s/ R. Steven Whalen
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE
Dated: February 15, 2018


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 15, 2018, electronically and/or by U.S. mail.

                                             s/Carolyn M. Ciesla
                                             Case Manager to the
                                             Honorable R. Steven Whalen