UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UKPAI I. UKPAI,

    Plaintiff,

v.

CONTINENTAL AUTOMOTIVE SYSTEMS US, INC.,

    Defendant.

Case No. 17-cv-12428

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
R. STEVEN WHALEN

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#45] DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS [#16] AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED CLAIM FOR DEFAMATION [#31]**

This matter is before the Court on Defendant's Motion to Dismiss and Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Defamation. The matters were referred to Magistrate Judge R. Steven Whalen, who issued a Report and Recommendation on February 15, 2018, recommending that the Court deny both of Defendant's Motions. Dkt. No. 45. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court

concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Whalen's February 15, 2018 Report and Recommendation [#45] as this Court's findings of fact and conclusions of law. Defendant's Motion to Dismiss is DENIED, and Defendant's Motion to Dismiss Plaintiff's Amended Complaint is DENIED.

    SO ORDERED.

Dated:    May 3, 2018

<u>s/Gershwin A. Drain</u>
HON. GERSHWIN A. DRAIN
United States District Court Judge