UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UKPAI I. UKPAI,

    Plaintiff,                      No. 17-12428

v.                                    District Judge Gershwin A. Drain
                                       Magistrate Judge R. Steven Whalen

CONTINENTAL AUTOMOTIVE
SYSTEMS US, INC.,

    Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on July 10, 2018, Plaintiff's Motion to Compel Discovery from Defendant Continental Automotive Systems US, Inc. [Doc. #61], and Plaintiff's Motion to Compel Production of Subpoena Request from Third-Party Ford Motor Company [Doc. #65] are DENIED.

    IT IS SO ORDERED.

Dated: July 10, 2018                      s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE
                                              JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify on July 10, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 10, 2018.

                                                              s/Carolyn M. Ciesla
                                                              Case Manager for the
                                                              Honorable R. Steven Whalen