UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UKPAI I. UKPAI,

       Plaintiff,                              No. 17-12428

v.                                          District Judge Gershwin A. Drain
                                             Magistrate Judge R. Steven Whalen

CONTINENTAL AUTOMOTIVE
SYSTEMS US, INC.,

       Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on September 20, 2018, Plaintiff's Motion to Compel the Completion of the Deposition of Witness Chi Binh La [Doc. #81] is DENIED.

       IT IS SO ORDERED.


Dated: September 20, 2018               s/R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify on September 20, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on September 20, 2018.

                                                              s/Carolyn M. Ciesla  
                                                              Case Manager for the  
                                                              Honorable R. Steven Whalen