UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UKPAI I. UKPAI,

    Plaintiff,                             No. 17-12428

v.                                     District Judge Gershwin A. Drain
                                        Magistrate Judge R. Steven Whalen

CONTINENTAL AUTOMOTIVE
SYSTEMS US, INC.,

    Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on September 20, 2018, Defendant Continental Automotive Systems, Inc. ("Continental") and Non-Party IAV Automotive Systems, Inc.'s ("IAV's") Joint Motion for Protective Order and for Sanctions [Doc. #84] is GRANTED.

Plaintiff is precluded from continuing the deposition of Chi Binh La; from seeking any additional written discovery from IAV; and from seeking any additional depositions of IAV employees.

Plaintiff is sanctioned in the amount of $500.00, payable to Continental's counsel within 30 days of the date of this Order. This represents Continental's attorney fees necessitated by the filing of the present motion and responding to Plaintiff's motion to

continue the deposition of Chi Binh La.

The Plaintiff's filing of any future frivolous motions, or his commission of abusive discovery tactics will result in further sanctions, which may include dismissal of his case.

IT IS SO ORDERED.


Dated: September 20, 2018	s/R. Steven Whalen
	R. STEVEN WHALEN
	UNITED STATES MAGISTRATE JUDGE


## CERTIFICATE OF SERVICE

I hereby certify on September 20, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on September 20, 2018.

	s/Carolyn M. Ciesla
	Case Manager for the
	Honorable R. Steven Whalen